**Electronically Filed
Supreme Court
SCWC-30005
02-SEP-2011
09:40 AM**

NO. SCWC-30005

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CLAYTON GOMES, Petitioner/Plaintiff-Appellant

vs.

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY,
Respondent/Defendant-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 07-1-0223(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on
July 25, 2011 by Petitioner/Plaintiff-Appellant Clayton Gomes is
hereby rejected.

DATED: Honolulu, Hawaiʻi, September 2, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Anthony L. Ranken (Ranken &
Drewyer), for
petitioner/plaintiff-
appellant, on the application.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.